

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-507

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
November 24, 2025



---

## Title
_____

**Title of Work:** Indoor Plant

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** May 01, 2018
**Nation of 1ˢᵗ Publication:** Singapore

## Author
_____

- **Author:** Mong Shan Chang
  **Pseudonym:** Milkyprint
  **Author Created:** 2-D artwork
  **Citizen of:** Singapore
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Mong Shan Chang
Blk138 Potong Pasir Ave 3 #03-100, Singapore, 350138, Singapore

## Rights and Permissions
_____

**Name:** Mong Shan Chang
**Email:** milkyprintdesign@gmail.com
**Address:** Blk138 Potong Pasir Ave 3 #03-100
Singapore 350138 Singapore

## Certification
_____

**Name:** David Denholm



© MILKYPRINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-513

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
_____

          **Title of Work:**   Confined Space

## Completion/Publication
_____

          **Year of Completion:**   2017
     **Date of 1st Publication:**   February 02, 2017
   **Nation of 1ˢᵗ Publication:**   Singapore

## Author
_____

    •          **Author:**   Mong Shan Chang
         **Pseudonym:**   Milkyprint
    **Author Created:**   2-D artwork
         **Citizen of:**   Singapore
   **Pseudonymous:**   Yes

## Copyright Claimant
_____

   **Copyright Claimant:**   Mong Shan Chang
   Blk138 Potong Pasir Ave 3 #03-100, Singapore, 350138, Singapore

## Rights and Permissions
_____

            **Name:**   Mong Shan Chang
            **Email:**   milkyprintdesign@gmail.com
        **Address:**   Blk138 Potong Pasir Ave 3 #03-100
   Singapore 350138 Singapore

## Certification
_____

            **Name:**   David Denholm



© MILKYPRINT