**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MONG SHAN CHANG,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

     Defendants.

Case No.: 1:26-cv-04193

Judge Manish S. Shah

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 9, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person in Courtroom 1919 before the Honorable Judge Manish

S. Shah of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion

for Entry of Default and Default Judgment against the Defendants Identified in First Amended

Schedule A.

DATED: June 2, 2026            Respectfully submitted,

                           */s/ Keith A. Vogt*
                           Keith A. Vogt
                           FL Bar No. 1036084/IL Bar No. 6207971
                           Keith A. Vogt PLLC
                           1820 NE 163rd Street, Suite #306
                           North Miami Beach, Florida 33162
                           Telephone: 312-971-6752
                           E-mail: keith@vogtip.com

                           ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

2