## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MONG SHAN CHANG,

               Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

               Defendants.

Case No. 26-cv-04193

**Judge Manish S. Shah**

### DEFAULT FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff MONG SHAN CHANG ("Chang" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Chang having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Chang having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants have sold products using infringing versions of Chang's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-467-507 and VA 2-467-513 (the "Milkyprint Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Chang's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Milkyprint Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Milkyprint product or not authorized by Chang to be sold in connection with the Milkyprint Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Milkyprint product or any other product produced by Chang, that is not Chang's or not produced under the authorization, control, or supervision of Chang and approved by Chang for sale under the Milkyprint Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Chang, or are sponsored by, approved by, or otherwise connected with Chang; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Chang, nor authorized by Chang to be sold or offered for sale, and which bear any of Chang's registered copyrights, including the Milkyprint Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account, to sell infringing goods using the Milkyprint Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Milkyprint Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Milkyprint product or not authorized by Chang to be sold in connection with the Milkyprint Works.

3. Upon Chang's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Milkyprint Works.

4.   Pursuant to 17 U.S.C. § 504(c)(2), Chang is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand, five-hundred dollars ($12,500) for willful use of infringing Milkyprint Works on products sold through at least the Defendant Internet Stores.

5.   Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and PayPal shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.   All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and PayPal, are hereby released to Chang as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and PayPal, are ordered to release to Chang the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.   Until Chang has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Chang shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.     In the event that Chang identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Chang may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: June 9, 2026

Manish S. Shah
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Joyppy |
| 2 | |
| 3 | |
| 4 | YUJIN MAOYI YOUXIAN GONGSI |
| 5 | |
| 6 | |
| 7 | UNNERKU |
| 8 | JinWan Shop |
| 9 | |
| 10 | DAVANPAL US |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | WEIMISZ |
| 16 | |
| 17 | the best fortune Sticker |
| 18 | Yuanhu Post |
| 19 | Everything is OK Sticker |
| 20 | Orchid Grass Stickers |
| 21 | Home of Palettes |
| 22 | GlobalMural |
| 23 | Happy Wall Canvas |
| 24 | XIANGPENGA |
| 25 | XIANGPENGB |
| 26 | XIANGPENGC |
| 27 | CHOUer |
| 28 | YE sticker |
| 29 | Innovative sticker |
| 30 | Gift stickers |
| 31 | Att sticker |
| 32 | HMM sticker |
| 33 | HKL ART |
| 34 | Juan Xuan Originality |
| 35 | Single Sticker Glow |

| 36 | ████████████████ |
|----|------------------|
| 37 | Lin han wall art |
| 38 | Is Canvas Paintings |
| 39 | ro ro sticker |
| 40 | MGPE sticker |
| 41 | Digital stickers |
| 42 | Sea fun sticker shop |
| 43 | Dirsneiyi |
| 44 | Pudding sticker |
| 45 | YT Sticker |
| 46 | MJ stickers |
| 47 | On our path of growth |
| 48 | OrangeCanvas |
| 49 | xin yue sticker |
| 50 | BOTXRQX Sticker |
| 51 | ████████████████ |
| 52 | KK Sticker |
| 53 | UYY Funny sticker |
| 54 | Heterogeneous stickers |
| 55 | ████████████████ |
| 56 | Monochrome Core |
| 57 | Smile Yan |
| 58 | Love In Life |
| 59 | Spades K |
| 60 | Chaohui Purchase |
| 61 | LLJIULI |
| 62 | NANA Womens Wear |
| 63 | PPSHOP K |
| 64 | teacherabc.com |